**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| In Re:<br>**ANGIE FARMER** | )<br>)<br>)<br>)<br>)<br>) | **CHAPTER 13 PROCEEDINGS**<br>**CASE NO.: 12-22644-KL** |
| Debtor(s) | ) | |

**AGREED ORDER**

Comes now Debtor(s), by counsel, Kenneth L. Fugate, and comes now Paul R. Chael,

Standing Chapter 13 Trustee, for the purpose of resolving the Trustee's Motion to Dismiss.  Parties

submit the following Agreed Order:

1.  That the Trustee's Motion to Dismiss or Convert to Chapter 7 is hereby continued
    indefinitely.

2.  As of May 30, 2013, the default to the Trustee is $7,610.00. Debtor will cure the
    default to the Trustee by increasing her Plan payment to the sum of $2,188.00
    beginning with the June, 2013 payment. Debtor hereafter will make all Plan
    payments in a full and timely manner. Payments must be received in the month in
    which they are due. Failure to do so will result in the dismissal of the case.

3.  At upon the conditions outlined above and upon the timely payments of the
    Debtor(s) Chapter 13 Plan payments for June, July and August, 2013, the Trustee's
    Motion to Dismiss will be withdrawn.

4.  In the event the Debtor fails to pay or perform as stated above, the case may be
    dismissed without further notice or hearing upon the filing of an affidavit of default
    by the Trustee and a five (5) day grace period.

_____
Kenneth L. Fugate
Attorney for Debtor

/s/ Amy J. Godshalk
Attorney for Paul R. Chael
Standing Chapter 13 Trustee

Entered: _____June 5, 2013_____

_____
Judge, U. S. Bankruptcy Court