UNITED STATES BANKRUPTCY COURT          WE-5
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT HAMMOND

IN RE:                            )
ANGIE FARMER                      )
                                  )          BANKRUPTCY NO.  12-22644
                                  )
                    Debtor        )

## ORDER OF DISMISSAL

The Court on June 5, 2013 entered an Order on the Motion by Trustee to Dismiss (or convert) this case, that Chapter 13 cure arrearages and defaults according to the terms and conditions of said Order that have accrued as a result of failure to pay pursuant to the terms of the Plan of the Debtor, and that upon the failure of the Debtor to do so, the Court could dismiss or convert this case without further notice and hearing.

Trustee on November 1, 2013 files affidavit of default that Debtor failed to comply with said Order.  The Court having examined the record and said affidavit finds that the Debtor has failed to comply with said Order. The Court further finds that the Debtor has materially defaulted with respect to the payments to be made under the terms of said Plan, and that this case should be dismissed without further notice and hearing pursuant to the terms and conditions of said Order.  It is therefore,

**ORDERED**, that said Motion is hereby granted and that the petition of the Debtor should be and is hereby **DISMISSED** pursuant to 11 U.S.C. §1307.  And it is further,

**ORDERED:**

1.     That if the Plan of the Debtor is not confirmed, the Trustee and all parties in interest are hereby allowed leave of Court of twenty (20) days from the date of this Order  to apply to this Court pursuant to §503(b) for any actual and necessary expenses of administration pursuant to §1326(a)(2). If the Plan of the Debtor has been confirmed the Trustee shall distribute any payment by Debtor in accordance with the Plan pursuant to §1326(a)(2).

2.     That the Trustee is directed to file his final report and final account pursuant to Fed. R. Bk. P. 5009(a).  Upon receipt of the final report and after (a) the expiration of the 30-day objection to final report deadline or (b) the entry of an

order resolving any timely objection to the final report, whichever is longer, the trustee will be discharged and relieved of his trust and the surety on the trustee's bond will be released from further liability thereunder in this estate, except any liability which may have accrued during the time the bond was in effect as to this estate, without further notice, hearing, or order.

3.      That if there is an income deduction order pending, the employer is hereby ordered to terminate deductions.

4.      That the case shall be terminated and closed after completion of the foregoing.

Dated: November _____, 2013

_____
JUDGE, U.S. BANKRUPTCY COURT

Distribution
Debtor, Attorney for Debtor
U.S. Trustee, Trustee
All Creditors